**Order entered August 17, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00700-CV

### IN RE TOM HARRISON, Relator

**On Appeal from City of Plano**
**Collin County, Texas**

## ORDER
Before Justices Lang, Myers, and Whitehill

Based on the Court's opinion of this date, we **GRANT** relator's "Voluntary Motion to Dismiss," **DENY** relator's motion for temporary relief as moot, and **DISMISS** this original proceeding.

/s/    BILL WHITEHILL
        JUSTICE